UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

ROBERTO RIZZO,

    Plaintiff,

                            Case No.: 2:21-cv-00082

v.

                            **COMPLAINT**

ALASKA BOAT COMPANY, LLC,

    Defendant.

_____/

    **NOW COMES** Plaintiff, by and through his undersigned counsel, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

    2.    Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, and cure.

    3.    At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.      On or about September 20, 2020, Plaintiff, without adequate equipment and/or assistance, was required to handle a certain, too weighty spool of nylon line, when in the process thereof, he was injured by said unseaworthy conditions/failure to provide a safe place to work.

5.      Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

      a.   Pain and suffering, past future;

      b.   Mortification, humiliation, fright, shock and embarrassment;

      c.   Loss of earnings and earning capacity;

      d.   Hospital, pharmaceutical and other cure expenses;

      e.   Aggravation of prior condition, if any there be;

      f.   Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g.   Mental anguish;

      h.   Found;

      i.   Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodicaly adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

*/s/ Dennis M. O'Bryan*
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI  48009
248.258.6262, 248.258.6047 –fax
dob@obryanlaw.net

-and-

DAVIS LAW GROUP, P.S.

*/s/ Christopher M. Davis*
CHRISTOPHER M. DAVIS (WSBA23234)
Local counsel
2101 Fourth Ave, Ste. 1030
Seattle, WA 98121
206.727.4000, 206.727.4001 - fax
chris@davislawgroupseattle.com

Dated: January 22, 2021