THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERTO RIZZO,

            Plaintiff,

v.

ALASKA BOAT COMPANY, LLC

            Defendant.

No. 2:21-cv-00082-JCC

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE

This matter comes before the Court on the parties' Joint Motion to Continue. Finding the parties' motion supported by good cause, the Court amends the scheduling order (Dkt. # 15) as follows:

| **Event** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Pleading amendments and third-party actions | September 27, 2021 | **January 24, 2022** |
| Discovery cutoff | February 28, 2022 | **June 28, 2022** |
| Rule 39.1 Mediation | March 14, 2022 | **July 11, 2022** |
| Dispositive motion deadline | March 29, 2022 | **July 25, 2022** |

{29624-00761857;1}
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE
Case No. 2:21-cv-00082-JCC - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Event | Current Date | Proposed Date |
|---|---|---|
| Pretrial Order | June 17, 2022 | **October 17, 2022** |
| Trial briefs and proposed voir dire/jury instructions | June 23, 2022 | **October 24, 2022** |
| Jury trial (estimated 5 days) | June 27, 2022 | **October 31, 2022** |

So ORDERED this 3rd day of December 2021.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

{29624-00761857;1}
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE
Case No. 2:21-cv-00082-JCC - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis M. O'Bryan, Esq.
Sean O'Bryan, Esq.
O'Bryan Baun Karamanian
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
Email:    dob@obryanlaw.net
*Attorney for Plaintiff*

Christopher M. Davis, Esq.
Davis Law Group, P.S.
2101 Fourth Ave., Ste. 1030
Seattle, WA 98121
Email:    chris@davislawgroupseattle.com
*Attorney for Plaintiff*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Sheila Baskins*
Sheila Baskins, Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
sbaskins@legros.com

{29624-00761857;1}
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE
Case No. 2:21-cv-00082-JCC - Page 3

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990