THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERTO RIZZO,<br><br>                Plaintiff,<br><br>     v.<br><br>ALASKA BOAT COMPANY, LLC<br><br>                Defendant. | No. 2:21-cv-00082-TL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |

## **STIPULATION**

**COME NOW** Plaintiff Roberto Rizo and Defendant Alaska Boat Company, LLC, through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendant, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

{29624-00824568;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-00082-TL - Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

DATED this 6th day of June, 2022.

*s/Louis Shields*
LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:   206-467-4828
Email:   lshields@legros.com
Attorney for Defendant


*s/Dennis M. O'Bryan (via email authorization)*
DENNIS M. O'BRYAN, *Pro Hac Vice*
O'BRYAN BAUN KARAMANIAN
401 S. Old Woodward, Suite 463
Birmingham, MI 48009
Telephone:   248-258-6262
Facsimile:   248-258-6047
Email:   dob@obryanlaw.net
Attorneys for Plaintiff

{29624-00824568;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-00082-TL - Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

[PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff are hereby dismissed with prejudice, and without costs.

IT IS SO ORDERED.

Dated this 6th day of June 2022.

Tana Lin
United States District Judge

Presented By:

LEGROS BUCHANAN & PAUL

By *Louis A. Shields*
LOUIS A. SHIELDS, WSBA #25740
LeGros Buchanan & Paul
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: lshields@legros.com
Attorneys for Defendant

{29624-00824568;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-00082-TL - Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Dennis M. O'Bryan, Esq.
>Sean O'Bryan, Esq.
>Gary Wm. Baun, Esq.
>O'Bryan Baun Karamanian
>401 S. Old Woodward, Suite 463
>Birmingham, MI 48009
>Email:   dob@obryanlaw.net
>*Attorney for Plaintiff*

>Christopher M. Davis, Esq.
>Davis Law Group, P.S.
>2101 Fourth Ave., Ste. 1030
>Seattle, WA 98121
>Email:   chris@davislawgroupseattle.com
>*Attorney for Plaintiff*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

>*s/Sheila Baskins*
>Sheila Baskins, Legal Assistant
>4025 Delridge Way S.W., Suite 500
>Seattle, Washington 98106
>Telephone:  206-623-4990
>Facsimile:  206-467-4828
>sbaskins@legros.com

{29624-00824568;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 2:21-cv-00082-TL - Page 4

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990